**Order filed, January 09, 2014.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-13-00978-CV

———————

**DAVID N. WILLIAMS AND GWENDOYN WILLIAMS, Appellant**

**V.**

**FOREMOST LLOYDS OF TEXAS AND JEFF GREENWOOD, Appellee**

**On Appeal from the 11th District Court
Harris County, Texas
Trial Court Cause No. 2010-53781**

## ORDER

The reporter's record in this case was due **November 29, 2013**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Terri Anderson**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM